John L. Smaha, Esq.     Bar No. 95855
Gustavo E. Bravo, Esq.  Bar No. 218752
**SMAHA & DALEY**
7860 Mission Center Court, Suite 100
San Diego, California 92108
Telephone:  (619) 688-1557
Facsimile:  (619) 688-1558

Attorneys for Debtor, Western Apartment Supply & Maintenance Company

FILED
06 APR 21 AM 9:09
CLERK
U.S. BANKRUPTCY CT
SO. DIST. OF CALIF

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>WESTERN APARTMENT SUPPLY & MAINTENANCE COMPANY | CASE NO. 06-00821-11<br><br>Chapter 11<br><br>DECLARATION OF CARROLL G. DAVIS |

I, Carroll G. Davis, hereby declare:

1.  I am the sole shareholder of Western Apartment Supply & Maintenance, the Debtor and Debtor-In-Possession (the "Debtor"), in the above referenced chapter 11 bankruptcy, and I am the Responsible Person for the Debtor.

2.  The Debtor is the owner of the Best Western Maui Oceanfront Inn located at 2980 S. Kihei Road, Kihei, Maui, Hawaii. The Best Western Maui is part of the Best Western International Franchise and is rated by Best Western in the top 5% of the International's 4,200 hotels. However, without the interim use of cash collateral, the Debtor will not be able to pay its required expenses, to insure its building, or to continue its operations for the benefit of the Debtor's tenants because there are no funds, outside those controlled by the bankruptcy court, available to use for the payment of these on-going expenses, since all revenues from Debtor's operations are post-petition and constitute secured

1  creditors' cash collateral.

2  3. The Debtor's sister corporation, Phoenix Asset Advisors Inc., operates the Best Western Maui Oceanfront Inn in Kihei, Maui, Hawaii. The Debtor owns the building and land improvements of the Best Western located at 2980 South Kihei Rd, Kihei, Hawaii, including the 73-room hotel with a restaurant and parking facilities (the "Subject Property"). The land on which these improvements sits is leased by the Debtor. The Debtor has estimated the value of these improvements at approximately $18,000,000.00. The Subject Property is currently encumbered by four separate secured claims. The first, held by La Jolla Loans of La Jolla, California, is a construction loan that is attached to the Subject Property through a first mortgage and is in the approximate pay-off amount of $8,750,000. The second claim is in the form of a second mortgage held by John Santero of Oceanside, California and represents a debt of $482,000. The third secured claim is a judgment obtained against Debtor by Marc Hotels & Resorts, Inc. and is in the amount of $311,000. Debtor was forced into chapter 11 bankruptcy on April 18, 2006. This filing prevents Debtor from using cash collateral from its business operations to pay for ordinary, post-petition operating expenses.

4. The secured claims on the Subject Property total approximately $9,543,000.00. As provided above, the Subject Property is estimated to be worth $18,000,000.00. The secured creditors are adequately protected by the Subject Property. The Debtor believes that the secured creditors are adequately protected by the Subject Property. La Jolla Loans' security interest also allegedly encumbers the Debtor's rents, revenues and profits, including the rents and profits received from the rent from the restaurant, Sorento's on the Beach. The Debtor believes that the adequate protection from the Subject Property should allow the Debtor to the use of the continuing revenues and profits, including those gained from the restaurant and all concessions and sales in or on the property, to maintain its operations.

5. The Debtor seeks the use of La Jolla Loans' cash collateral on an interim basis for the next thirty (30) days. The Debtor is unable to operate the business without the ability to pay the reasonable, necessary an ordinary expenses of the business, including making all

DECLARATION OF CARROLL G. DAVIS
2

payments due on pre-petition commercial contracts and post-petition operating expenses, including wages and suppliers. (See Exhibit A, B and C, estimated budgets for 30-, 60- and 90-days after this bankruptcy). The Court should note that the Debtor's budget includes debt service to the secured creditors, La Jolla Loans and John Santero, of $70,000.00 a month. The Court should also note that Debtor must have use of funds for payment of a number of subcontractors that are completing work on a number of applications and environmental studies required by the State of Hawaii and Maui County. If this work is not completed, the lease under which the hotel is operated shall be terminated and all of the Debtor's assets may be forfeited to the state of Hawaii. Neither the Debtor nor any of its creditors would benefit if this occurs. Under Federal Rules of Bankruptcy Procedure ("FRBP") Rule 4001(b), the Court may set a final hearing on the use of cash collateral no earlier than on 15 days notice to the interested parties. In the meantime, the Debtor should be allowed to pay his commercial contracts and post-petition expenses for the first thirty (30) days. During the following 15 to 30 days, the Debtor will be able to prepare a more detailed projected budget and propose a final order authorizing the use of cash collateral and providing for adequate protection during the pendency of this bankruptcy.

6. These interim expenses are directly related to keeping the business operating, thereby preserving and maintaining the value of the real property and commercial contracts, including the revenues from any contracts. Debtor shall supplement this motion prior to the final hearing on this matter.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge. Executed this 20 day of April 2006, under the laws of the United States of America.

*[signature]*
Carroll G. Davis
President, Western Apartment Supply & Maintenance Company, Debtor

W:\WESTERNAPTS\106.decl.Davis.wpd

DECLARATION OF CARROLL G. DAVIS
3

# BEST WESTERN
# MAUI OCEANFRONT INN

|  | April 18-May 18 | Total |
|---|---|---|
| AVAILABLE ROOMS | 2190 | 2190 |
| OCCUPIED ROOMS | 1909 | 1909 |
| OCCUPANCY PERCENTAGE | 87.17% | 87.17% |
| AVERAGE RATE | $118.00 | $118.00 |
|  |  |  |
| **REVENUES** |  |  |
| Rooms Department | 225,262.00 | 225,262.00 |
| Telephone Department | 391.00 | 391.00 |
| Rental Income | 33,227.00 | 33,227.00 |
| **TOTAL REVENUES** | **$258,880.00** | **$258,880.00** |
| **OPERATING EXPENSES** |  |  |
| Rooms Department | 60,280.02 | 60,280.02 |
| Telephone Department | 1,114.00 | 1,114.00 |
| Other Department | 509.00 | 509.00 |
| Administration & General | 33,652.00 | 33,652.00 |
| Sales & Marketing | 13,560.00 | 13,560.00 |
| Property Operations | 20,237.00 | 20,237.00 |
| Utilities | 11,262.00 | 11,262.00 |
| Franchise Fees | 5,491.00 | 5,491.00 |
| **TOTAL OPERATING EXPENSE** | **$146,105.02** | **$146,105.02** |
| **GROSS OPERATING PROFIT** | **$112,774.98** | **$112,774.98** |
| **FIXED EXPENSES** | $31,500.00 | $31,500.00 |
| **INCOME BEFORE DEBT** | $81,274.98 | $81,274.98 |
| **DEBT SERVICE** | $70,000.00 | $70,000.00 |
| **NET INCOME** | **$11,274.98** | **$11,274.98** |

EXHIBIT A

# BEST WESTERN
# MAUI OCEANFRONT INN

|  | April 18-May 18 | May 18-June 18 | Total |
|---|---|---|---|
| **AVAILABLE ROOMS** | 2190 | 2190 | 4380 |
| **OCCUPIED ROOMS** | 1909 | 2001 | 3910 |
| **OCCUPANCY PERCENTAGE** | 87.17% | 91.37% | 89.27% |
| **AVERAGE RATE** | $118.00 | $118.00 | $118.00 |
| **REVENUES** | | | |
| Rooms Department | 225,262.00 | 236,118.00 | 461,380.00 |
| Telephone Department | 391.00 | 391.00 | 782.00 |
| Rental Income | 33,227.00 | 33,227.00 | 66,454.00 |
| **TOTAL REVENUES** | $258,880.00 | $269,736.00 | $528,616.00 |
| **OPERATING EXPENSES** | | | |
| Rooms Department | 60,280.02 | 60,280.11 | 120,560.13 |
| Telephone Department | 1,114.00 | 1,114.00 | 2,228.00 |
| Other Department | 509.00 | 509.00 | 1,018.00 |
| Administration & General | 33,652.00 | 33,251.00 | 66,903.00 |
| Sales & Marketing | 13,560.00 | 13,560.00 | 27,120.00 |
| Property Operations | 20,237.00 | 20,237.00 | 40,474.00 |
| Utilities | 11,262.00 | 11,262.00 | 22,524.00 |
| Franchise Fees | 5,491.00 | 5,491.00 | 10,982.00 |
| **TOTAL OPERATING EXPENSE** | $146,105.02 | $145,704.11 | $291,809.13 |
| **GROSS OPERATING PROFIT** | $112,774.98 | $124,031.89 | $236,806.87 |
| **FIXED EXPENSES** | $31,500.00 | $31,500.00 | $63,000.00 |
| **INCOME BEFORE DEBT** | $81,274.98 | $92,531.89 | $173,806.87 |
| **DEBT SERVICE** | $70,000.00 | $70,000.00 | $140,000.00 |
| **NET INCOME** | $11,274.98 | $22,531.89 | $33,806.87 |

EXHIBIT B

# BEST WESTERN
# MAUI OCEANFRONT INN

|  | April 18-May 18 | April 18-June 18 | April 18-July18 | Total |
|---|---|---|---|---|
| **AVAILABLE ROOMS** | 2190 | 2190 | 2190 | 6570 |
| **OCCUPIED ROOMS** | 1909 | 2001 | 2063 | 5973 |
| **OCCUPANCY PERCENTAGE** | 87.17% | 91.37% | 94.20% | 90.91% |
| **AVERAGE RATE** | $118.00 | $118.00 | $118.00 | $118.00 |
| **REVENUES** | | | | |
| Rooms Department | 225,262.00 | 236,118.00 | 243,434.00 | 704,814.00 |
| Telephone Department | 391.00 | 391.00 | 391.00 | 1,173.00 |
| Rental Income | 33,227.00 | 33,227.00 | 33,321.00 | 99,775.00 |
| **TOTAL REVENUES** | $258,880.00 | $269,736.00 | $277,146.00 | $805,762.00 |
| **OPERATING EXPENSES** | | | | |
| Rooms Department | 60,280.02 | 61,280.11 | 63,471.00 | 185,031.13 |
| Telephone Department | 1,114.00 | 1,114.00 | 1,053.00 | 3,281.00 |
| Other Department | 509.00 | 509.00 | 619.00 | 1,637.00 |
| Administration & General | 33,652.00 | 33,251.00 | 35,964.00 | 102,867.00 |
| Sales & Marketing | 13,560.00 | 13,560.00 | 14,045.00 | 41,165.00 |
| Property Operations | 20,237.00 | 20,237.00 | 23,348.00 | 63,822.00 |
| Utilities | 11,262.00 | 11,262.00 | 13,477.00 | 36,001.00 |
| Franchise Fees | 5,491.00 | 5,491.00 | 5,700.00 | 16,682.00 |
| **TOTAL OPERATING EXPENSE** | $146,105.02 | $146,704.11 | $157,677.00 | $450,486.13 |
| **GROSS OPERATING PROFIT** | $112,774.98 | $123,031.89 | $119,469.00 | $355,275.87 |
| **FIXED EXPENSES** | $31,500.00 | $31,500.00 | $28,470.00 | $91,470.00 |
| **INCOME BEFORE DEBT** | $81,274.98 | $91,531.89 | $90,999.00 | $263,805.87 |
| **DEBT SERVICE** | $70,000.00 | $70,000.00 | $70,000.00 | $210,000.00 |
| **NET INCOME** | $11,274.98 | $21,531.89 | $20,999.00 | $53,805.87 |

EXHIBIT C